IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-10449
Conference Calendar
_____


DAVID R. CALLAWAY,

                                        Plaintiff-Appellant,

versus

RACETRAC PETROLEUM, INC.,

                                        Defendant-Appellee.


- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:95-CV-388-P
- - - - - - - - - -
(October 18, 1995)

Before POLITZ, Chief Judge, and REAVLEY and SMITH, Circuit Judges.

PER CURIAM:[*]

     To obtain relief under § 1983 a plaintiff must prove that he
was deprived of a right under the Constitution or laws of the
U.S. and that the person depriving him of that right acted under
color of state law.  Resident Council of Allen Parkway Village v.
United States Dep't of Housing & Urban Dev., 980 F.2d 1043, 1050
(5th Cir.), cert. denied, 114 S. Ct. 75 (1993).  Individuals are
acting under color of state law "only when it can be said that

     [*]     Local Rule 47.5 provides:  "The publication of opinions
that have no precedential value and merely decide particular
cases on the basis of well-settled principles of law imposes
needless expense on the public and burdens on the legal
profession."  Pursuant to that Rule, the court has determined
that this opinion should not be published.

the State is <u>responsible</u> for the specific conduct of which the plaintiff complains."  <u>Daigle v. Opelousas Health Care, Inc.</u>, 774 F.2d 1344, 1349 (5th Cir. 1985).

David R. Callaway has alleged no facts to establish that Racetrac Petroleum, Inc. (Racetrac), his former employer, is acting under color of state law.  Callaway's assertions that the management falsely accused him of theft and verbally harassed him are private in nature, and the state cannot be considered responsible for this conduct by Racetrac.  Therefore, Callaway has failed to state a viable claim for relief.  <u>See</u> <u>id</u>.

Racetrac Petroleum, Inc.'s motion to dismiss Callaway's appeal is DENIED.

AFFIRMED.